# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 1, 2008

136321 & (82)(85)(86)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant/
     Cross-Appellee,

v

SC: 136321
COA: 269999
Wayne CC: 05-003753

ANTHONY LEE BAISDEN,
     Defendant-Appellee/
     Cross-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion for bond pending appeal is DENIED. The application for leave to appeal and the application for leave to appeal as cross-appellant remain pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 1, 2008

_____
Clerk

p0729